PEOPLE, Respondent, v. DALY, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York against John Daly. C. Weishaupt, for appellant. A. A. Mayfer, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Proceedings by the people of the state of New York against George Davis and Lehman Wilson. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE, Appellant, v. EASTMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Proceedings by the people of the state of New York against Newton L. A. Eastman. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. FARBER, Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1906.) Proceedings by the people of the state of New York against Harry Farber. A. J. Levy, for appellant. E. C. Kindleberger, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE v. FEDERAL BANK OF NEW YORK. In re BANKERS' SURETY CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Proceedings by the people of the state of New York against the Federal Bank of New York and in the matter of the Bankers' Surety Company. G. W. Glaze and F. C. Bostwick, for the People. H. White, for Bankers' Surety Co. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

PEOPLE, Respondent, v. GELULA, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Appeal from Court of General Sessions, New York County. Abe Gelula was convicted of forgery in the second degree, and appeals. Affirmed. Leonard A. Snitkin, for appellant. Alexander A. Mayper, for respondent.

HOUGHTON, J. The defendant was indicted for forging and uttering a check of his former employer, Louis Segall, upon which he obtained the sum of $100. The indictment contained two counts, one for forging such check and one for uttering it. On the trial the first count for forging the check was abandoned, and the defendant was convicted under the second count of forgery in the second degree for uttering it. No exceptions to the admission or exclusion of evidence or to the charge of the court are presented. The defendant insists, however, that the court erred in refusing to advise the jury to acquit, and in refusing to grant a new trial, on the ground that the evidence was insufficient to sustain the conviction. We have carefully examined the evidence, and we think it fully justifies the verdict of the jury. The defendant was positively

101 N.Y.S.—72

identified by the teller of the bank as the man who obtained the money upon the check, and its forgery was a fair question for the jury. The judgment of conviction should be affirmed. All concur.

PEOPLE, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Proceedings by the people of the state of New York against Philip J. Hart. No opinion. Judgment of conviction affirmed. Held, that the verdict is not against the weight of the evidence; also, that the court did not err in admitting evidence as to the reputation of the defendant's hotel from the speech of people. Pen. Code, § 718, subd. 16.

PEOPLE, Respondent, v. LUDLAM, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Proceedings by the people of the state of New York against Jem J. Ludlam, Jr. No opinion. Judgment of conviction reversed.

PEOPLE, Respondent, v. MANNASOVITCH, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York against Jacob Mannasovitch. C. Goldzier, for appellant. E. C. Kindleberger, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MERCHANTS' TRUST CO. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Proceedings by the people of the state of New York against the Merchants' Trust Company.

PER CURIAM. Motion granted for leave to go to Court of Appeals, and questions certified as follows: (1) Are depositors and holders of certificates of deposit having special interest contracts with the Merchants' Trust Company entitled to payment, in addition to the amounts already paid to them, respectively, to wit, the full amount of the principal of their deposits, of any interest whatever upon their respective balances after May 23, 1905, the date of the appointment of the receivers of said Merchants' Trust Company? and, if so, are they entitled to interest at the contract rate or at the legal rate? (2) Are depositors and holders of certified checks, having no interest contracts with the Merchants' Trust company, entitled, in addition to the sums already received by them, to wit, the full amount of the principal of their claims, to interest upon their respective credit balances and sums owing them after May 23, 1905?

PEOPLE, Respondent, v. PORTER, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Proceedings by the people of the state of New York against Bennett L. Porter. A. E. Ommen, for

appellant. E. C. Kindleberger, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court Appellate Division, Fourth Department. October 17, 1906.) Proceedings by the people of the state of New York against George A. Smith. No opinion. Motion to dismiss appeal granted solely upon the ground that this court has no jurisdiction to entertain the appeal.

PEOPLE v. SOMME. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York against Joseph Somme. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. WAGAR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Proceedings by the people of the state of New York against Cyrus B. Wagar.

PER CURIAM. Judgment and orders affirmed.

WILLIAMS and KRUSE, JJ., dissent.

PEOPLE, Respondent, v. WIEGAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Proceedings by the people of the state of New York against Alice Wiegand. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. WHITEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Proceedings by the people of the state of New York against Alonzo J. Whiteman. No opinion. Judgment of conviction affirmed.

PEOPLE v. WILLIS. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York against John H. Willis. No opinion. Motion granted. Order filed.

PEOPLE ex rel. BAUM, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph L. Baum, against Edmond J. Butler, commissioner, etc. C. W. Francis for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BEATTY v. BEATTY. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York, on the relation of Nellie C. Beatty, against Herbert T. Beatty. No opinion. Motion granted. Order filed.

PEOPLE ex rel. CORLIES v. WOODBURY, Com'r. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Proceedings by the people of the state of New York, on the relation of Jacob V. Corlies, against John McG. Woodbury, commissioner. G. M. Barry, for relator. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CRAHAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Thomas T. Crahan, against Theodore A. Bingham, as commissioner. J. F. Lynch, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. FARRINGTON, Appellant, v. MENSCHING, Peace Officer, Respondent. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Proceedings by the people of the state of New York, on the relation of Irving L. Farrington, against Louis Mensching, a peace officer, etc. H. E. Parke, for appellant. E. C. Kindleberger, for respondent. No opinion. Order affirmed on the authority of Hatch v. Reardon, 184 N. Y. 431, 77 N. E. 970. Order filed.

PEOPLE ex rel. GESL et al., Appellants, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Diision, Fourth Department. October 17, 1906.) Proceedings by the people of the state of New York, on the relation of John Gesl, Jr., and others, against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

PEOPLE ex rel. GRADY, Appellant, v. STURGIS, Fire Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Proceedings by the people of the state of New York, on the relation of Alexander Grady, against Thomas Sturgis, as fire commissioner of the city of New York. No opinion. Determination confirmed, without costs.

PEOPLE ex rel. HURLBUT, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Hurlbut, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEACH v. CENTRAL FISH CO. et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Proceedings by the people of the state of New York, on the relation of Edward Leach, against the Central Fish Company and others. No opinion. Motion granted. Order filed.